*D. S. Major*, for the plaintiff.

*J. Ryman*, for the defendants.

---

ELDER and Another *v.* ROBINS and Another.—In Error.

*ROBINS* and *Anderson* sued *Robert* and *William M. Elder* in debt on a promissory note. Plea—*nil debet.* Verdict and judgment for the plaintiffs.

The transcript does not contain all the evidence.

On the trial, the defendants asked the Court to charge the jury as follows:

"That unless it had been proved to the jury that the

plaintiffs, before the commencement of this suit, or one of them, have either delivered or tendered a good and sufficient deed for said land to said *Robert Elder*, the jury may find for the defendants."

The Court refused to give that charge.

*Held*, that without having all the evidence before us, we cannot say that the refusal of the Court to give the charge is erroneous.

The judgment is affirmed with 3 *per cent.* damages and costs.